# United States Court of Appeals
# for the Fifth Circuit

--------

No. 24-11037

--------

United States Court of Appeals
Fifth Circuit

**FILED**

May 12, 2025

Lyle W. Cayce
Clerk

IN THE MATTER OF REVOLUTION MONITORING, L.L.C.,

*Debtor*,

JEREMIAH VANCE,

*Appellant*,

*versus*

JEFFERY MIMS,

*Appellee*.

--------------------------------------

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:24-CV-1833

--------------------------------------

Before SMITH, GRAVES, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:[*]

Jeremiah Vance moves for leave to proceed in forma pauperis (IFP) on appeal from the district court's dismissal as untimely of his appeal of the bankruptcy court's order denying his motion to remove the liquidating

--------

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-11037

trustee of the debtor, Revolution Monitoring, L.L.C. This court must examine the basis of its own jurisdiction, sua sponte, if necessary. *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir. 1987). Because Vance's notice of appeal of the bankruptcy court's order was untimely, we lack jurisdiction. *See* Fed. R. Bankr. P. 8002(a)(1); *Dorsey v. U.S. Dep't of Educ. (In re Dorsey)*, 870 F.3d 359, 362 (5th Cir. 2017); *Smith v. Gartley (In re Berman-Smith)*, 737 F.3d 997, 1000-03 (5th Cir. 2013). Accordingly, Vance's appeal is DISMISSED for lack of jurisdiction. His motion for leave to proceed IFP on appeal and motion for an extension of time are DENIED.